

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 13, 2023**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: MONICA DELAPAZ | § | Cause no. 22-41975 |
| | § | Chapter 13 |

### AGREED ORDER LIFTING AUTOMATIC STAY
#### (This Order Resolves Docket # 36)

1.     This Order concerns the lease of Debtor's residence and that is held, directly or in its capacity as agent for the holder, by RDC HLC, LLC, ("Movant"). The property that is the subject of this motion 10532 Saslow Skyway, Apt 10201, Fort Worth, Texas 76140. (the "Property"). Notices sent pursuant to this Order must be sent to Brandy M. Alexander, Alexander Law, PLLC, 2502 La Branch St, Houston, Texas 77004 (if to Movant) 8701 Bedford Euless Rd, Suite 510, Hurst, Texas 76053 (if to Debtor).

2.     The Debtor agrees that:

   A.     The automatic stay regarding the Property is lifted on April 30, 2023.

   B.     Any co-debtor(s) stay is also lifted on April 30, 2023.

   C.     Debtor(s) will vacate the Property on or before April 30, 2023.

   D.     Debtor(s) will turn over the Property in broom swept condition on or before April 30, 2023.

AGREED AND ENTRY REQUESTED:

AGREED AND ENTRY REQUESTED:

*/s/ Brandy M. Alexander*
ALEXANDER LAW, PLLC
Brandy M. Alexander
State Bar No.: 24108421
2502 La Branch St
Houston, Texas 77004
Telephone: 832-360-2318
Fax: 346-998-0886
E-mail: brandyalexander@alexanderpllc.com

LEE LAW FIRM, PLLC
Eric A. Maskell
State Bar No. 24041409
8701 Beddford Euless Road, Suite 510
Hurst, Texas 76053
Telephone: 469-646-8995
Fax: 469-694-1059
E-mail: emaskell@leelawtx.com

# # # End of Order # # #